UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CELL THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>    All Actions<br><br>―――――――――――――――<br><br>CAREY SOUDA,<br><br>                Plaintiff(s),<br><br>    v.<br><br>JOHN H. BAUER, et al.,<br><br>                Defendant(s),<br><br>       -and-<br><br>CELL THERAPEUTICS, INC.,<br><br>                Nominal Defendant. | Master Docket NO. C10-564MJP<br><br>ORDER TO SHOW CAUSE RE: CONSOLIDATION and RECONSIDERATION OF LEAD COUNSEL APPOINTMENT<br><br><br><br>NO. C10-905MJP |

The above-entitled Court, having received and reviewed the Motion by Plaintiff Carey Souda for Consolidation and Reconsideration of May 10, 2010 Stipulation Appointing Lead Counsel and Liaison Counsel (C10-905MJP, Dkt. No. 25), and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that all interested parties in the above-entitled cause numbers shall respond by no later than **July 14, 2010**, and show cause why Souda v. Bauer, et al., C10-905MJP should not be consolidated with the matters in C10-564MJP and why the Court should not re-open the issue of appointment of lead counsel in light of the consolidation.

**ORDER TO**
**SHOW CAUSE - 1**

IT IS FURTHER ORDERED that, if the parties are agreeable to consolidation but wish to contest the request of Plaintiff's counsel in C10-905MJP to be considered for appointment as lead or co-lead counsel in the consolidated matter, a schedule be proposed for briefing the re-opened issue of appointment of lead counsel.

The clerk is ordered to provide copies of this order to all counsel.

Dated: July __7__ , 2010

*(signature)*

Marsha J. Pechman
U.S. District Judge

**ORDER TO
SHOW CAUSE - 2**