|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| JOSEPH SHACKLETON, | CASE NO. C10-564 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN H BAUER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of attorney Alan Kessler's Motion to Withdraw as Counsel. Dkt. No. 65. General Rule 2(g)(4) of this district requires that "[a] motion for withdrawal… shall include a certification that the motion was served on the client and opposing counsel." Mr. Kessler's motion contained no certification that the client had received a copy of the motion.

The motion will be DENIED without prejudice for counsel to renew it when a copy has been served on the client.

MINUTE ORDER- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed this _11th_ day of January, 2012.

                                        William M. McCool
                                        Clerk of Court

                                        s/Mary Duett
                                        Deputy Clerk

MINUTE ORDER- 2