UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CELL THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. C10-564 MJP<br><br>ORDER ON JOINT MOTION TO VACATE TRIAL DATE |

The Court has received and reviewed the parties' Joint Motion for Order Vacating April 29, 2011 Order Setting Trial Date (Dkt. No. 70).

The request is DENIED.

The Court does not strike trial dates based upon possible future developments in the case. If the parties have settled, they may file the appropriate documents and their trial date will be vacated; if settlement has not yet been reached, the parties need to move forward with their preparations for trial.

ORDER ON JOINT MOTION TO VACATE TRIAL
DATE- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this 2nd day of July, 2012.

3

4

5  *[signature]*

    Marsha J. Pechman
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON JOINT MOTION TO VACATE TRIAL
DATE- 2